IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSALYNN LITTLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-1441 |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

# ORDER

The court was notified that this case has settled. In light of the pending settlement, the motion and the amended motion for summary judgment, (Docket Entries Nos. 17 and 18), are denied, without prejudice, as moot.

SIGNED on March 14, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge